FILED:  November 27, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-4309

(0:08-cr-00608-JFA-2)

_____

UNITED STATES OF AMERICA

　　　　　Plaintiff - Appellee

v.

GERARD ONEIL WELLS, a/k/a J

　　　　　Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/30/2013

Any reply brief permitted within 10 days from service of response brief.

　　　　　For the Court--By Direction

　　　　　/s/ Patricia S. Connor, Clerk